In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00013-CV
_____

**MARK A. BOLLETER, EHREN C. BOLLETER, SWEN ERIC SPJUT, GWENDOLYN JULIA SPJUT, JUSTIN DANCER AND JENIFER A. DANCER, Appellants**

**V.**

**GRAND LAKE ESTATES PROPERTY OWNERS' ASSOCIATION, INC. AND K & K CONSTRUCTION, INC., Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-10-12136-CV**

**MEMORANDUM OPINION**

The appellants, Mark A. Bolleter, Ehren C. Bolleter, Swen Eric Spjut, Gwendolyn Julia Spjut, Justin Dancer and Jenifer A. Dancer, filed a motion to dismiss this appeal against K & K Construction, Inc. The remaining appellee, Grand Lake Estates Property Owners' Association, Inc., has not filed an objection to the appellants' motion to dismiss.

1

The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal as it pertains to the judgment granted to K & K Construction, Inc. *See* Tex. R. App. P. 42.1(b). The appeal shall continue as to the judgment granted to appellee Grand Lake Estates Property Owners Association, Inc. The style of the appeal is accordingly modified to *Mark A. Bolleter, Ehren C. Bolleter, Swen Eric Spjut, Gwendolyn Julia Spjut, Justin Dancer and Jenifer A. Dancer v. Grand Lake Estates Property Owners' Association, Inc.*

APPEAL DISMISSED IN PART.

_____
HOLLIS HORTON
Justice

Submitted on April 18, 2019
Opinion Delivered April 19, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.

2